Phillip K. SMITH, Plaintiff–Appellant,

v.

CITY OF JENNINGS, MISSOURI; a municipal corporation; City of Berke-ley, Missouri, a municipal corpora-tion; City of Florissant, a municipal corporation; Defendants–Appellees,

St. Louis County, Missouri, a municipal corporation; Defendant,

---

**M. Tetrault, detective, DSN 240; Jack Derr, detective, Defendants–Appellees.**

No. 03–1084.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 18, 2004.

Decided: Nov. 1, 2004.

Gregory G. Fenlon, Godfrey & Fenlon, St. Louis, MO, for Plaintiff–Appellant.

Robert John Krehbiel, King & Krehbiel, St. Louis, MO, for Defendants–Appellees.

Before MURPHY, HEANEY, and BEAM, Circuit Judges.

PER CURIAM.

On November 20, 2001, Phillip Smith brought this action under 42 U.S.C. § 1983, alleging an unlawful deprivation of property seized during a November 21, 1991 search of his residence. The district court[1] granted the defendants' motions for summary judgment, holding that Smith's claims accrued on the date of the seizure and were therefore barred by Missouri's five year statute of limitations. On appeal, Smith does not contest the applicability of the five year limitations period, but argues that his claim did not accrue until November 22, 1996. That was the date when the government would no longer have been able to initiate a criminal prosecution based on the seized evidence. *See* 18 U.S.C. § 3282. We conclude, however, that Smith's claim accrued on November 21, 1991, and we affirm on the basis of the

well-reasoned opinion of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.